TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00189-CV







Kenneth Wick and Linda Wick
, Appellants



v.



Terry Davison, Billie Davison, and Century Mortgage Corp., Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT


NO. GN002302, HONORABLE PAUL DAVIS, JUDGE PRESIDING



 


 Appellants filed a motion to dismiss their appeal "with prejudice" advising that they
have settled their dispute with appellees and no longer desire to pursue this appeal.

 Therefore, this appeal is dismissed on motion of appellants. Tex. R. App. P.
42.1(a)(2). Costs are assessed against the party incurring same.



 

 Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellants' Motion

Filed: July 26, 2002

Do Not Publish